**IN THE UNITED STATES COURT OF CIVIL APPEALS
FOR THE ELEVENTH CIRCUIT**

| | |
|---|---|
| **TIMOTHY ANDREWS,** | ) |
| APPELLANT | ) |
| **V.** | ) **CASE NO. 16-15576** |
| **CITY OF HARTFORD,** | ) |
| APPELLEE. | ) |

### APPELLANT'S MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

COMES NOW, Timothy Andrews, by and through his attorney of record, Letta Dillard Gorman, and moves this Honorable Court to extend the time for his filing of the **Appellant's Reply Brief** in this matter pursuant to Rule 26 of the Federal Rules of Appellate Procedure and provides the following in support thereof:

1. That the deadline for filing the **Appellant's Reply Brief** in this matter is January 31, 2017.

2. That counsel has a continuing family medical issue that has required extensive interstate travel and medical procedures.

3. That opposing counsel has been notified of this request.

WHEREFORE THESE PREMISES CONSIDERED, Mr. Andrews requests this motion be GRANTED and the time be extended for the Appellant's Reply Brief for at least another 30 days.

Respectfully submitted on this the 26th day of Janary 2017.

```
                              /s/ Letta Dillard Gorman
                              Letta Dillard Gorman (9221N51L)
                              Law Office of Letta Dillard Gorman
                              P.O. Box 983
                              Geneva, AL 36340
                              334-258-9148
```
<u>lgorman1109@gmail.com</u>

<u>CERTIFCATE OF SERVICE</u>

    I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING ON PARTIES AND COUNSELS IN THIS MATTER VIA ELECTRONIC FILING ON THIS THE 26TH DAY OF JANUARY 2017.

<u>/S/LETTA DILLARD GORMAN</u>

LETTA DILLARD GORMAN

16-15576

*Timothy Andrews v. City of Hartford*

C-1 OF 1

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Eleventh Circuit Rule 26-1, appellant provides the following list of persons who have an interest in the outcome of this appeal:

Andrews, Timothy

Aronson, Alexander, U.S. Department of Justice

City of Hartford, 403 S. Third Avenue, Hartford, Alabama 36344

City Council of Hartford, 403 S. Third Avenue, Hartford, Alabama 36344

Equal Employment Opportunity Commission in Mobile, Alabama

Fike, The Honorable James, 206 N. Lena Street, Dothan, Alabama 36303

Gorman, The Honorable Letta Dillard, P.O. Box 983, Geneva, Alabama 36340

Hovey, The Honorable Chief Andy, 503 S. Third Avenue, Hartford, Alabama 36344

Sorrells, The Honorable Mayor Jeff, 403 S. Third Avenue, Hartford, Alabama 36344